IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| HEATH WHITT, )<br>    )<br>    Plaintiff, )<br>    )<br>    v.    )<br>    )<br>JAMES BRAZIER, Commander, )<br>and DONALD VALENZA, )<br>Sheriff, )<br>    )<br>    Defendants. ) | CIVIL ACTION NO.<br>1:21cv708-MHT<br>(WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining that officers used excessive force against him, dragged him across the floor when his prosthetic leg came off during the assault, retaliated against him, and violated his rights under the Americans with Disabilities Act. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with court orders to respond. There are no objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of July, 2022.

                                   /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**